Opinion approved by the Court.

Clarence Odel BROWNLOW, Appellant,

v.

The STATE of Texas, Appellee.

No. 27359.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for drunken driving, with punishment assessed at a fine of $100 and five days in jail.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by Art. 827, C.C.P.

In the absence of a notice of appeal, this court is without jurisdiction to entertain the appeal.

The appeal is dismissed.